IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>          Plaintiff,<br><br>     vs.<br><br>SERGEANT RANGEL, et al.,<br><br>          Defendants.<br>_____/ | 1:12-cv-00193-GSA (PC)<br><br>ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 10, 2012, Plaintiff submitted an application to proceed in forma pauperis and a copy of his prison trust account statement, pursuant to 28 U.S.C. § 1915(a). However, Plaintiff did not submit the application on the proper form.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. Plaintiff is not required to submit another copy of his prison trust account statement.

Plaintiff's failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated: __February 16, 2012__            _____/s/ Gary S. Austin_____
                                                            UNITED STATES MAGISTRATE JUDGE