UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SERGEANT RANGEL, et al.,<br><br>　　　　Defendants. | 1:12-cv-00193-GSA-PC<br><br>ORDER DENYING MOTION FOR TRANSFER<br>(Doc. 10.) |

**I.　　BACKGROUND**

　　Jamisi Jermaine Calloway ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on February 10, 2012. (Doc. 1.) On April 10, 2012, Plaintiff consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance. (Doc. 8.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

　　On September 26, 2013, Plaintiff filed a motion to be transferred to another prison. (Doc. 10.)

///

## II. MOTION FOR TRANSFER

Plaintiff requests to be transferred out of the custody of Corcoran State Prison, where he is incarcerated, and away from treatment by Davita Inc. Health Care at the California Substance Abuse Treatment Facility, where he receives emergency medical care, to another facility, because he is being retaliated against by officers employed at both facilities. The Court lacks jurisdiction to issue an order requiring prison officials to transfer him based on acts occurring after this action was filed, because the Court does not have such a case or controversy before it in this action.[1]  See Zepeda v. United States Immigration Service, 753 F.2d 719, 727 (9th Cir. 1985); City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982). Therefore, Plaintiff's motion for transfer shall be denied.

## III. CONCLUSION

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for transfer is DENIED.

IT IS SO ORDERED.

Dated:   **October 17, 2013**               **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's Complaint for this action concerns an incident of excessive force and denial of medical treatment for his injuries, allegedly occurring on May 22, 2003.