UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>                Plaintiff,<br><br>        vs.<br><br>RANGEL, et al.,<br><br>                Defendants. | 1:12-cv-00193-GSA-PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(Doc. 14.)<br><br>ORDER DISMISSING CASE AS IMPROPERLY FILED, WITHOUT PREJUDICE<br>(Doc. 1.)<br><br>ORDER FOR CLERK TO CLOSE CASE |

**I.      BACKGROUND**

Jamisi Jermaine Calloway ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on February 10, 2012. (Doc. 1.) On April 10, 2012, Plaintiff consented to the jurisdiction of a Magistrate Judge, and no other parties have made an appearance. (Doc. 8.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

1  The court screened the Complaint under 28 U.S.C. § 1915A and issued an order on April 6, 2014, requiring Plaintiff to show cause why this case should not be dismissed as time-barred by the statute of limitations. (Doc. 14.) On May 19, 2014, Plaintiff filed a response to the court's order. (Doc. 17.)

## II.   PLAINTIFF'S RESPONSE TO THE ORDER TO SHOW CAUSE

Plaintiff argues that this case should not be dismissed as time-barred by the statute of limitations, because he intended to file the Complaint for this action as an Amended Complaint in his pending case 1:05-cv-01284-LJO-BAM-PC, and that case was filed within the limitations period. Plaintiff asserts that the court ordered him to amend and separate his issues in that case in late 2010, but he was unable to file the Amended Complaint in 2010 because he was being retaliated against and was incapacitated by psychotropic medication. Therefore, he submitted the Complaint in February 2012, and a new case was opened.[1]

Plaintiff's case 1:05-cv-01284-LJO-BAM-PC is currently pending and proceeds on the Second Amended Complaint filed on December 13, 2007. (Case 1:05-cv-01284-LJO-BAM-PC, Doc. 28.) However, the court finds no evidence on the record that Plaintiff had leave to amend the complaint in that case at any time after he filed the Second Amended Complaint. (Court Record.) Therefore, the court shall not file the Complaint as an Amended Complaint in case 1:05-cv-01284-LJO-BAM-PC.

Based on the court record and Plaintiff's assertions, the court finds good cause to dismiss this action as improperly filed, without prejudice to Plaintiff requesting leave to amend or otherwise pursuing the matter in case 1:05-cv-01284-LJO-BAM-PC.

///
///
///
///

---

[1] There is no indication on the face of the Complaint that Plaintiff intended to file it as an Amended Complaint in case 1:05-cv-01284-LJO-BAM-PC. In fact, Plaintiff represents to the court in the Complaint that case 1:05-cv-01284-LJO-BAM-PC is a previous lawsuit "pending still [in the] Fresno Eastern District." (Doc. 1 at 2.)

### III.  CONCLUSION AND ORDER

The Court finds that this case was improperly filed, based on Plaintiff assertion that he intended to file the Complaint for this action as an Amended Complaint in another case. Therefore, IT IS HEREBY ORDERED that:

1. The court's order to show cause, issued on April 15, 2014, is DISCHARGED;
2. This case is DISMISSED, without prejudice to pursuing the matter in case 1:05-cv-01284-LJO-BAM-PC as discussed in this order; and
3. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: **June 3, 2014**               **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE