UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>             Plaintiff,<br><br>     vs.<br><br>RANGEL, et al.,<br><br>             Defendants. | 1:12-cv-00193-GSA-PC<br><br>ORDER FOR PLAINTIFF TO RESPOND TO THE COURT'S ORDER OF APRIL 15, 2014, SHOWING CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED AS TIME BARRED<br><br>RESPONSE DUE IN THIRTY DAYS<br><br>ORDER FOR CLERK TO SEND PLAINTIFF A COPY OF THE COURT'S APRIL 15, 2014 ORDER TO SHOW CAUSE<br>(Doc. 14.) |

**I.     BACKGROUND**

Jamisi Jermaine Calloway ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this case on February 10, 2012.  (Doc. 1.)

On April 10, 2012, Plaintiff consented to the jurisdiction of a Magistrate Judge, and no other parties have made an appearance. (Doc. 8.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

The court screened the Complaint pursuant to 28 U.S.C. § 1915A and issued an Order to Show Cause on April 15, 2014, requiring Plaintiff to show cause why this action should not be dismissed as time barred.  (Doc. 14.)  On May 19, 2014, Plaintiff filed a response to the court's order.  (Doc. 17.)  The court concluded from Plaintiff's response that this case had been improperly filed, and on June 3, 2014, the court issued an order discharging the Order to Show Cause, dismissing this case as improperly filed, and entered judgment.[1]  (Docs. 18, 19.)

On July 7, 2014, Plaintiff filed a motion for reconsideration of the dismissal order and judgment, and an appeal to the Ninth Circuit.  (Doc. 20.)  Plaintiff argued that the court misunderstood his reasons for filing this action and erroneously concluded that this case was improperly filed.  (Id.)  On July 25, 2014, the court granted Plaintiff's motion for reconsideration and reopened the case.  (Doc. 26.)  On August 5, 2014, Plaintiff's appeal was dismissed by the Ninth Circuit and the mandate was entered.  (Doc. 27.)

The issue of whether this case should be dismissed as time barred has not been resolved.  Therefore, at this juncture, Plaintiff shall be afforded another opportunity to show cause why this case should not be dismissed as time barred.  Plaintiff shall be required to file a response to the court's Order to Show Cause of April 15, 2014.  Plaintiff is required to review the April 15, 2014 order and file a response within thirty days, showing cause why this case should not be dismissed as time barred.  The Clerk shall be directed to send Plaintiff a copy of the April 15, 2014 Order to Show Cause.

**III.    CONCLUSION AND ORDER TO SHOW CAUSE**

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, Plaintiff is required to file a response to the court's Order to Show Cause issued on April 15, 2014, showing cause why this case should not be dismissed as time barred;

2. The Clerk is directed to send Plaintiff a copy of the court's April 15, 2014 Order to Show Cause; and

---

[1] The court found that the complaint for this action had been improperly filed as a new case, instead of as an amended complaint in case 1:05-cv-1284 as Plaintiff had intended.  The court's order did not address the statute of limitations issue.

3. Plaintiff's failure to comply with this order shall result in the dismissal of this case.

IT IS SO ORDERED.

Dated: **September 5, 2014**          **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE